UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 22-5206-MWF(AGRx)**                               Dated: **October 25, 2022**

Title:    Latanya Williams v. Amar Square LLC, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER**

   In light of the Notice of Settlement [22] filed October 19, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for November 28, 2022 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

   IT IS SO ORDERED.

MINUTES FORM 90                                              Initials of Deputy Clerk __rs__
CIVIL - GEN